**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------- X
In re:                                          :    Chapter 11
Bostwick Laboratories, *et al.,*                :    Case No. 17-10570 (BLS)
          Debtors.                       :    (Jointly Administered)
------------------------------------------------------------- X
JAMES PATRICK CARROLL, as Plan                  :
Administrator for the Post-Effective Date Debtors, :
          Plaintiff,                     :
          v.                             :    Adv. Pro. No. 19-50168 (BLS)
TRIUMVIRATE ENVIRONMENTAL, INC.,                :
          Defendant.                     :
------------------------------------------------------------- X

**STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT**

It is hereby stipulated and agreed by counsel for the Plaintiff and counsel for the Defendant that the current deadline for the Defendant to file an answer or other response to the Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547, 548, and 550 and Disallow Claims Pursuant to 11 U.S.C. § 502(d) be extended from July 8, 2019, to August 5, 2019.

Dated: June 24, 2019

| COLE SCHOTZ P.C. | ARENT FOX LLP |
|---|---|
| By: /s/ David R. Hurst | By: /s/ Adam J. Ruttenberg |
|     David R. Hurst (No. 3743) |     Adam J. Ruttenberg |
|     500 Delaware Avenue, Suite 1410 |     The Prudential Tower |
|     Wilmington, Delaware 19801 |     800 Boylston Street, 32nd Floor |
|     Telephone: (302) 652-3131 |     Boston, Massachusetts 02199 |
|     Facsimile: (302) 652-3117 |     Telephone: (617) 973-6279 |
|  |     Facsimile: (857) 930-4546 |
| *Counsel to the Plan Administrator* | *Counsel to Defendant* |